No. **CR-08 00487 JF** HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA

*vs.*

## ROBERT ALAN THOMAS,
dba Amateur Action, Amateur Action BBS, and AABBS

# INDICTMENT

**COUNTS ONE, TWO, AND THREE**: Title 18 United States Code, Sections 1461 - Mailing Obscene Matter.
**COUNT FOUR**: Title 18, United States Code, Section 1466 -Engaging in Business of Selling or Transferring Obscene Matter
**COUNT FIVE**: Title 18, United States Code, Sections 1467(a)(1) & (a)(2) & (a)(3) - Criminal Forfeiture

*A true bill.*

_____
Foreperson

Filed in open court this ___23___ day of ___July___

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ *No bail arrest warrant*

BRENT D. WARD
Director, Obscenity Prosecution Task Force
U.S. Department of Justice

FILED

2008 JUL 24 ☐ 8: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 00487 HRL |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1461 – Mailing Obscene Matter; 18 U.S.C. §1466–Engaging in the Business of Selling or Transferring Obscene Matter; 18 U.S.C. §§ 1467(a)(1) & (a)(2) &(a)(3) – Criminal Forfeiture |
| v. | |
| ROBERT ALAN THOMAS, dba Amateur Action, Amateur Action BBS, and AABBS, | |
| Defendant. | SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1461 – Mailing Obscene Matter)

On or about December 12, 2006, in the Northern District of California, the defendant,

ROBERT ALAN THOMAS,
dba Amateur Action, Amateur Action BBS, and AABBS,

did knowingly use, and cause to be used, the United States mails to mail and deliver to a location in Washington, D.C., a DVD containing obscene matter, that is, a motion-picture film identified as "B1," depicting bestiality and other sexually explicit content and approximately 52 minutes and 49 seconds in length, in violation of Title 18 United States Code, Section 1461.

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 1461 – Mailing Obscene Matter)
2      On or about December 12, 2006, in the Northern District of California, the defendant,
3                              ROBERT ALAN THOMAS,
              dba Amateur Action, Amateur Action BBS, and AABBS,
4
5  did knowingly use, and cause to be used, the United States mails to mail and deliver to a location
6  in Washington, D.C., a DVD containing obscene matter, that is, a motion-picture film identified
7  as "B2- Ride a Horse," depicting bestiality and approximately 41 minutes and 31 seconds in
8  length, in violation of Title 18 United States Code, Section 1461.
9
10 COUNT THREE:  (18 U.S.C. § 1461 – Mailing Obscene Matter)
11     On or about December 12, 2006, in the Northern District of California, the defendant,
12                             ROBERT ALAN THOMAS,
              dba Amateur Action, Amateur Action BBS, and AABBS,
13
14 did knowingly use, and cause to be used, the United States mails to mail and deliver to a location
15 in Washington, D.C., a DVD containing obscene matter, that is, a motion-picture film identified
16 as "B3," depicting bestiality and approximately 41 minutes and 35 seconds in length, in violation
17 of Title 18 United States Code, Section 1461.
18
19 COUNT FOUR: (18  U.S.C. § 1466 - Engaging in the Business of Selling or Transferring
                       Obscene Matter)
20
21     On or about December 12, 2006, in the Northern District of California, the Defendant,
22                             ROBERT ALAN THOMAS,
              dba Amateur Action, Amateur Action BBS, and AABBS,
23
24 while engaged in the business of selling and transferring obscene matter, did knowingly possess
25 with the intent to distribute obscene matter, that is, movie titles "B1," "B2-Ride a Horse," and
26 "B3," which materials had been shipped and transferred in interstate commerce, in violation of
27 Title 18, United States Code, section 1466.
28 //

INDICTMENT                                    2

**FORFEITURE ALLEGATION:** (18 U.S.C. §§ 1467(a)(1) & (a)(2) &(a)(3) – Criminal Forfeiture)

The allegations contained in Counts One through Four of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 1467.

Upon conviction of the offenses alleged in Counts One through Four above, or any of them, the defendant,

ROBERT ALAN THOMAS,
dba Amateur Action, Amateur Action BBS, and AABBS,

(1) shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1467, any and all right, title and interest he has in any obscene material produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the following parcel of real property: real property and improvements located at 475 Tramway Drive, Milpitas, California 95035, further identified with APN 028-15-038.

(2) If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with, a third party;
 c. has been substantially diminished in value; or
 d. has been placed beyond the jurisdiction of the court;
 e. has been commingled with other property which cannot be divided without difficulty,

//
//
//

INDICTMENT   3

1  the United States of America shall be entitled to forfeiture or substitute property under the
2  provisions of Title 21, U.S.C., Section 853 (p), as incorporated by Title 18 U.S.C., Section 1467.
3  DATED: 7/23/08

A TRUE BILL

*Ramona Weeks* (signature)
FOREPERSON

BRENT WARD
Director, Obscenity Prosecution Task Force
U.S. Department of Justice

*(signature)*
MATTHEW J. BUZZELLI
Trial Lawyer, Obscenity Prosecution Task Force

INDICTMENT                    4

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

**FILED**

## OFFENSE CHARGED

Counts One, Two, and Three, 18 U.S.C. § 1461 - Mailing Obscene Matter
Count Four, 18 U.S.C. § 1466 - Engaging in the Business of Selling or Transferring Obscene Matter

☐ Petty   ☐ Minor   ☐ Misdemeanor   ☑ Felony

**PENALTY:**
Counts 1-3: 10 year maximum imprisonment, $250,000 fine, 3 year TSR, $100 SAF; Count 4: 5 years imprisonment, $250,000 fine, 3 year TSR, $100 SAF

**DEFENDANT - U.S.**

2008 JUL 24   6:13

ROBERT ALAN THOMAS, dba Amateur Action

**DISTRICT COURT NUMBER:** RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA. S.J.

CR-08 00487   JF   HRL

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any):** Special Agent Shawn Matthews, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** BRENT D. WARD
☐ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** MATTHEW J. BUZZELLI

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed Month/Day/Year _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   **Bail Amount:** $50,000

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: