**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

150 Almaden Boulevard, Suite 900 (408) 535-5054
San Jose, California 95113              FAX:(408) 535-5066

FILED
2008 JUL 25 P 2: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 25, 2008

Cita Escolano
Office of the Clerk of the Court
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

    Re:    United States v. Thomas
           CR 08-00487-JF

Dear Ms. Escolano:

    I am writing to make my Notice of Appearance as one of the Assistant U.S. Attorneys representing the United States in the above-captioned matter, pursuant to General Order 45 of the Northern District of California rules of court.

    Could you please file this letter and add my name to the docket sheet of this case, so that I can receive all electronic and manual filings in this case.

    Thank you.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
DAVID R. CALLAWAY
Assistant U.S. Attorney