| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 9 min. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | REPORTER/FTR<br>FTR | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>7/31/08 | NEW CASE ☐ | CASE NUMBER<br>CR 08-00487 JF |

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT<br>Robert Alan Thomas | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Cynthia Lie | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>David Callaway | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR ||||||
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>2 min. | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE |||||
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE |||||
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 PR | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ || CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ ||
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF |||||

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE |||||
|---|---|---|---|---|
| TO:<br>9/24/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>9:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Jeremy Fogel | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

GOVERNMENT'S MOTION TO RECALL ARREST WARRANT IS GRANTED. TIME EXCLUDED FROM 7/31/08 THROUGH 9/24/08. STD: 10/9/08