1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00487 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| ROBERT ALAN THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing currently set for Wednesday, October 22, 2008 may be continued to Wednesday, December 3, 2008 at 9:00 a.m. to permit the defense to investigate potential defenses and mitigation issues.  The parties further stipulate and agree that 42 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: October 22, 2008

s/_____
MATTHEW J. BUZZELLI
DOJ Trial Attorney, Obscenity Prosecution Task Force

Stipulation and [Proposed] Order Continuing
Hearing                                     1

Dated: October 20, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Wednesday, October 22, 2008 shall be continued to Wednesday, December 3, 2008 at 9:00 a.m.

It is further ordered that 42 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(8)(B)(iv).

Dated: October 24, 2008

_____
JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Continuing Hearing                2