BRENT D. WARD
Director, Obscenity Prosecution Task Force
U.S. Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ALLEN THOMAS,<br><br>　　　　Defendant. | No. 5:08-cr-487<br><br>STIPULATION AND ORDER CONTINUING GOVERNMENT'S RESPONSE AND HEARING<br><br>Date:   April 15, 2009<br>Time:  9:00 a.m.<br><br>Before The Honorable Judge J. Fogel |

The parties hereby stipulate and agree that the Government's Response to Defendant's Motion to Dismiss Indictment, currently due on March 17, 2009, is permitted an additional 30 days to respond. Furthermore the parties agree, to reset the Motions hearing scheduled on April 15, 2009 to May 13, 2009 at 9:00 a.m. or at the Court's discretion.

Dated: March 11, 2009

　　　　　　　　　　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　　　　　　MATTHEW J. BUZZELLI
　　　　　　　　　　　　　　　　　　　　DOJ Trial Attorney, OPTF

Dated: March 11, 2009

　　　　　　　　　　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　　　　　　CYNTHIA C. LIE
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

# **ORDER**

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the Government is granted 30 additional days to file a Response to Defendant's Motion to Dismiss Indictment. It is further ordered that the hearing scheduled for Wednesday April 15, 2009, shall be continued to Wednesday, May 13, 2009 at 9:00 a.m., before The Honorable Jeremy Fogel, United States District Judge.

Dated: March 18, 2009

_____
JEREMY FOGEL
United States District Judge