BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00487 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| ROBERT ALAN THOMAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

The parties hereby stipulate and agree that the motions hearing currently set for Wednesday, May 13, 2009 may be continued to Wednesday, May 27, 2009 at 9:00 a.m.  The reason for the requested continuance is to accommodate defense counsel's absence from the district during the period in which any reply to the government's anticipated opposition briefing would otherwise become due.

The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective defense preparation and

///

///

///

due to the pendency of the pretrial motions to dismiss, pursuant to Title 18, United States Code Section 3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv).

Dated: April 16, 2009

s/_____
MATTHEW J. BUZZELLI
DOJ Trial Attorney, Obscenity Prosecution Task Force

Dated: April 15, 2009

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the motions hearing currently scheduled for Wednesday, May 13, 2009 shall be continued to Wednesday, May 27, 2009 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, due to the pendency of the pretrial motions to dismiss and the need for effective defense preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv).

Dated: April 20, 2009

_____
JEREMY FOGEL
United States District Judge