1  BARRY J. PORTMAN
Federal Public Defender
2  CYNTHIA C. LIE
Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant THOMAS

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,           )   No. CR 08-00487 JF
                                        )
11           Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING JURY TRIAL AND
12  vs.                                 )   PRETRIAL CONFERENCE
                                        )
13  ROBERT ALAN THOMAS,                 )
                                        )
14           Defendant.                 )
    _____)
15

16                                   **STIPULATION**

17         The parties hereby stipulate and agree that the jury trial in the above-captioned matter

18  currently scheduled for jury selection on Friday, December 4, 2009 may be continued to Friday,

19  February 5, 2010 at 1:30 p.m., and that the final pretrial conference currently set for November

20  20, 2009 may be continued to January 22, 2010 at 11:00 a.m.  The reason for the requested

21  continuance is to accommodate scheduling conflicts of the parties and the Court.

22         The parties further stipulate and agree that 63 days may be excluded from the time within

23  which trial shall commence, on the ground that failure to grant such a continuance would

24  unreasonably deny the parties continuity of counsel, pursuant to Title 18, United States Code

25  Section 3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv).

26

Stipulation and [Proposed] Order Continuing
Hearing                                              1

Dated: September 30, 2009

s/_____
MATTHEW J. BUZZELLI
DOJ Trial Attorney, Obscenity Prosecution Task Force

Dated: September 28, 2009

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the final pretrial conference currently scheduled for November 20, 2009 shall be continued to January 22, 2010 at 11:00 a.m., and that the jury trial currently scheduled to begin jury selection on December 4, 2009 shall be continued to Friday, February 5, 2010 at 1:30 p.m.

It is further ordered that 63 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, on the ground that the failure to grant such a continuance would unreasonably deny the parties continuity of counsel.  18 U.S.C. §3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv).

Dated: October 5, 2009

_____
JEREMY FOGEL
United States District Judge